In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00499-CV
_____


IN RE NABORS DRILLING USA, L.P.

_____

Original Proceeding
_____

MEMORANDUM OPINION

Nabors Drilling USA, L.P. filed a petition for writ of mandamus and a motion to stay a trial that is scheduled to commence on December 8, 2014, in the 136th District Court of Jefferson County, Texas. We deny the petition and motion for temporary relief.

Nabors moved for summary judgment in a wrongful death suit filed by the real parties in interest, Justin Burnett individually and as representative of the Estate of Scottie Wayne Burnett, Gordy Ray Burnett, and Virginia Dale Burnett. Burnett's summary judgment response included affidavits by two of Nabors's former employees. Nabors objected to the affidavits on evidentiary grounds and on

the ground that the workers' testimony had not been adequately disclosed during the discovery process. Finding that Burnett complied with Nabors's request for disclosure and established good cause for any late supplementation, the trial court overruled Nabors's objections to the affidavits and denied the motion for summary judgment on October 31, 2014. *See* Tex. R. Civ. P. 166a; *see also* Tex. R. Civ. P. 194.2(e).

Nabors contends the trial court abused its discretion and asks this Court to order the trial court to vacate its order of October 31, 2014, and compel the trial court to sustain the objections, grant summary judgment for Nabors, and dismiss the claims with prejudice.

After examining the mandamus petition and record, we determine that the relator is not entitled to the relief sought. Accordingly, we deny the petition for writ of mandamus and motion for temporary relief. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on November 19, 2014
Opinion Delivered November 20, 2014

Before McKeithen, C.J., Kreger and Horton, JJ.

2